IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, Individually and On Behalf Of All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **REPRODUCTIVE MEDICINE ASSOCIATES OF PHILADELPHIA, P.C.** | : : | **NO. 23-2540** |

## ORDER

**NOW,** this 13th day of September, 2023, upon consideration of plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (Doc. No. 9), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

_____
TIMOTHY J. SAVAGE, J.